1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11         **SAN FRANCISCO DIVISION**

12

AMRIT KOHLI,                                    Case No. 13-cv-04305 NC

13
                    Plaintiff,                  **ORDER REGARDING DISMISSAL**
14
         v.                                     Re: Dkt. No. 12
15
SAN FRANCISCO POLICE
16    DEPARTMENT,

17                  Defendant.

18

19

20        The Court responds to the Request for Dismissal filed November 15, 2013, at docket

21    entry 12.  The request has two deficiencies.

         First, plaintiff has neither consented nor declined the jurisdiction of a magistrate
22
judge under 28 U.S.C. § 636.  Absent consent, the court lacks jurisdiction to enter
23
judgment.  28 U.S.C. § 636(c).  A copy of the consent/declination form is attached to this
24
order.
25
          Second, the Request for Dismissal cites to Federal Rule of Civil Procedure 41(a)(1),
26
which permits voluntary dismissal of an action without court order.  The Request, however,
27
also seeks a court order.  Ordinarily, a voluntary dismissal by court order would be under
28

1  Federal Rule of Civil Procedure 41(a)(2), "on terms that the court considers proper."  As the

2  parties have not cited to Rule 41(a)(2), and have not submitted any details about the terms

3  of the dismissal, the Court denies without prejudice the request for a court-ordered

4  dismissal.

5        Accordingly, the Court orders plaintiff to do the following within 28 days: (1) either

6  consent or decline the jurisdiction of a magistrate judge; and (2) file an amended dismissal

7  notice that clarifies whether the requested dismissal is under Rule 41(a)(1) or Rule 41(a)(2).

8        IT IS SO ORDERED.

9        Date:  November 18, 2013

10  _____

Nathanael M. Cousins
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 13-cv-04305 NC
ORDER REGARDING DISMISSAL                2