UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMRIT KOHLI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SAN FRANCISCO POLICE DEPARTMENT,<br><br>　　　　Defendant. | Case No. 13-cv-04305 NC<br><br>**ORDER DISMISSING WITH PREJUDICE FOR FAILURE TO PROSECUTE** |

　　　The Court previously dismissed plaintiff Kohli's complaint with leave to amend for failure to state a claim. Dkt. No. 20. The Court simultaneously issued an order to show cause why Kohli's complaint should not be dismissed for failure to prosecute, as Kohli had not opposed defendant's motion to dismiss. *Id.*

　　　In the order to show cause, the Court specifically warned Kohli that "if he fails to properly amend his complaint within 28 days from this order or fails to comply with any court rule or order, the Court may dismiss his case with prejudice." *Id.* at 10. The Court ordered Kohli to amend his complaint within 28 days of the January 28, 2014 order. *Id.* Kohli failed to amend his complaint. Therefore, the Court dismisses Kohli's action with prejudice. *See Hernandez v. City of El Monte*, 138 F.3d 393, 400 (9th Cir. 1998) ("The

Case No. 13-cv-04305 NC
ORDER DISMISSING WITH
PREJUDICE

1  district court has the inherent power sua sponte to dismiss a case for lack of prosecution.").

2  The Clerk of Court is ordered to terminate the case.

3  IT IS SO ORDERED.

4  Date: May 13, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-04305 NC
ORDER DISMISSING WITH
PREJUDICE

2